SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
MATTHEW M. SONNE, Cal. Bar No. 239110
650 Town Center Drive, 10th Floor
Costa Mesa, California 92626-1993
Telephone: 714.513.5100
Facsimile: 714.513.5130
E mail msonne@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
BRYANNE J. LEWIS, Cal. Bar No. 311763
333 South Hope Street, 43rd Floor
Los Angeles, California 90071-1422
Telephone: 213.620.1780
Facsimile: 213.620.1398
E mail blewis@sheppardmullin.com

Attorneys for Defendants
HSS SECURITY, LLC and
HSS CALIFORNIA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN CORRALEJO, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HSS SECURITY, LLC, a Delaware limited liability company; HSS CALIFORNIA, INC., a Delaware corporation; HSS, LLC, a business entity form unknown; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 5:24-cv-1104<br><br>**DEFENDANT HSS CALIFORNIA, INC.'S NOTICE OF INTERESTED ENTITIES**<br><br>(Riverside County Superior Court Case No. CVRI2401726)<br><br>Complaint Filed: April 2, 2024 |

**TO THE CLERK OF THE COURT, PLAINTIFF, AND HIS ATTORNEYS OF RECORD:**

Pursuant to Fed. R. Civ. P. 7.1, the undersigned counsel of record for Defendant HSS California, Inc. certifies as follows:

HSS, Inc. converted to HSS Security, LLC in 2022, after which HSS California, Inc. was created. The parent company of HSS Security, LLC and HSS California, Inc. is Tarian Group, LLC. HSS Security, LLC is a citizen of Delaware and Colorado. HSS California, Inc. is a citizen of Delaware and Colorado.

Pursuant to Central District of California Local Rule 7.1-1, the undersigned counsel of record for HSS California certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

- Justin Corralejo
- HSS California, Inc.
- HSS Security, LLC
- Tarian OpCo Holdings, LLC
- Tarian Intermediate Holdings, LLC
- Tarian Holdings, LLC

Dated: May 23, 2024

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: Bryanne Lewis

MATTHEW M. SONNE
BRYANNE J. LEWIS

Attorneys for Defendants
HSS SECURITY, LLC
and HSS CALIFORNIA, INC.